

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE LUIS DIAZ, M.D., INDIVIDUALLY AND D/B/A JOSE LUIS DIAZ, M.D., P.A., | § § § | No. 08-12-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| JOSIE GARMON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2008-1183) |

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellant, Jose Luis Diaz, M.D., and Appellee, Josie Garmon, to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1, because they have settled all claims and issues between them. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal without prejudice. Pursuant to the parties' agreement, the parties shall bear their own costs. *See* TEX. R. APP. P. 42.1(d).


May 15, 2013                                           GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.